435 A.2d 1309

Thompson v. Claycomb, Appellant.

Argued February 23, 1981. Frederick B. Gieg, Jr., for appellant; Ronald Keeler, for appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

Order affirmed.